FILE COPY

RE: Case No. 15-0349                          DATE: 5/8/2015
COA #: 13-14-00185-CV     TC#: A-183,004
STYLE: THOMAS W. HARRISON
    v. WELLS FARGO BANK, N.A., AS SUCCESSOR BY MERGER TO
       WACHOVIA BANK, N.A.

     Today the Supreme Court of Texas received and
filed a motion for extension of time to file petition
for review pursuant to Rule 53.7(f) in the above
numbered and styled case.

                        MS. DORIAN E. RAMIREZ
                        CLERK, 13TH COURT OF APPEALS
                        901 LEOPARD STREET, 10TH FLOOR
                        CORPUS CHRISTI, TX  78401